Esther MULLINS, Plaintiff–Appellant,

v.

The INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 77, AFL–CIO of Washington, DC, a trade union; Cherry Hill Construction, Incorporated, a foreign corporation; James Openshaw, individually, and as President of Cherry Hill Construction, Incorporated, a foreign corporation; Cheryl Schmelze, Individually and as agent and employee of Cherry Hill Construction, Incorporated, a foreign corporation; Yvette Mathis, Individually and as agent and employee of Cherry Hill Construction, Incorporated, a foreign corporation, Defendants–Appellees.

No. 02–2046.

United States Court of Appeals, Fourth Circuit.

Submitted March 31, 2003.

Decided April 14, 2003.

Ted G. Yoakam, David, Kamp & Frank, L.L.C., Newport News, Virginia, for Appellant. W. Gary Kohlman, Jeffrey R. Freund, Devki Virk, Susan I. Brown, Bredhoff & KAIsER, P.L.L.C., Washington, D.C.; Monte Fried, Robert W. Hesselbacher, Jr., Wright, Constable & Skeen, L.L.P., Baltimore, Maryland, for Appellees.

Before WIDENER, WILKINSON, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Esther Mullins appeals the district court's order granting summary judgment to Defendants in this action alleging breach of the duty of fair representation, breach of a collective bargaining agreement, defamation, and wrongful termination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mullins v. International Union of Operating Eng'rs.*, 214 F.Supp.2d 655 (E.D.Va. 2002). We grant the motion to file a supplemental appendix and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*